```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11083
    SANDRA F DEAR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9722


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/06/2006 and was confirmed 12/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/26/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
 AURORA LOAN SERVICES      CURRENT MORTG         .00              .00             .00
 AURORA LOAN SERVICES      MORTGAGE ARRE      655.26              .00          655.26
 BENEFICIAL ILLINOIS INC   CURRENT MORTG         .00              .00             .00
 INTERNAL REVENUE SERVICE  PRIORITY           362.84              .00          362.84
 INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
 INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
 INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
 ROBERT J ADAMS & ASSOCIA  PRIORITY        NOT FILED              .00             .00
 CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED              .00             .00
 RESURGENT CAPITAL SERVIC  UNSECURED          392.55              .00          392.55
 CITIBANK                  UNSECURED       NOT FILED              .00             .00
 COMMONWEALTH EDISON       UNSECURED       NOT FILED              .00             .00
 COMED                     NOTICE ONLY     NOT FILED              .00             .00
 HARRIS & HARRIS           UNSECURED       NOT FILED              .00             .00
 HARRIS & HARRIS           UNSECURED       NOT FILED              .00             .00
 ECAST SETTLEMENT CORP     UNSECURED          274.59              .00          274.59
 NW COLLECTOR              UNSECURED       NOT FILED              .00             .00
 VATIV RECOVERY SOLUTIONS  UNSECURED          688.86              .00          688.86
 PIERCE & ASSOC            NOTICE ONLY     NOT FILED              .00             .00
 STATE OF IL DEPT OF HUMA  UNSECURED       NOT FILED              .00             .00
 BENEFICIAL ILLINOIS INC   MORTGAGE ARRE       77.50              .00           77.50
 AURORA LOAN SERVICES      NOTICE ONLY     NOT FILED              .00             .00
 BROTHER LOAN & FINANCE    UNSECURED          808.93              .00          808.93
 ROBERT J ADAMS & ASSOC    REIMBURSEMENT      304.33              .00          304.33
 RESURGENT CAPITAL SERVIC  UNSECURED          187.00              .00          187.00
 ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                         3,000.00
 TOM VAUGHN                TRUSTEE                                             440.36
 DEBTOR REFUND             REFUND                                              164.78

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 11083 SANDRA F DEAR

```
--------------------------------------------------------------------------------
TRUSTEE                                      7,357.00

PRIORITY                                                           667.17
SECURED                                                            732.76
UNSECURED                                                        2,351.93
ADMINISTRATIVE                                                   3,000.00
TRUSTEE COMPENSATION                                               440.36
DEBTOR REFUND                                                      164.78
                                          ---------------    ---------------
TOTALS                                       7,357.00            7,357.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 04/04/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                         PAGE   2
          CASE NO. 06 B 11083 SANDRA F DEAR